UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 26-mj-98 (DWF/EMB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR CONTINUANCE** |
| v. | ) | |
| | ) | |
| ASIA CLAIRE LITTELL, | ) | |
| | ) | |
| Defendant. | ) | |

Asia Claire Littell, through counsel, Lisa M. Lopez, moves this Court for an Order continuing the case and all deadlines for 180 days. Ms. Littell needs additional time to confer with counsel and complete discussions with the government about next steps. Ms. Littell understands her rights under the Speedy Trial Act. She has previously filed a motion and signed a statement of facts supporting her request to exclude these same 180 days from the time in which she would have to be brought to trial.

The Government joins this motion.

Dated: May 20, 2026

Respectfully submitted,

*s/Lisa M. Lopez*

LISA M. LOPEZ
Attorney ID No. 395791
Attorney for Ms. Littell
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415